# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Mariano Ospina Baraya**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00376-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Rafael Ignacio Ospina Baraya | ) | |
| Angela Mercedes Ospina Baraya | | |
| Patricia Helena Ospina Baraya**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 19, 2022 Order.

August 19, 2022

*Frank G. John*

Frank G. Johns, Clerk
United States District Court